AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

Subsalve USA Corp.
v.
Watson Mfg. Inc.
-and-
Lynden C. Cox

## APPEARANCE

CASE NUMBER: 04-536-S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Subsalve USA Corp.

7/25/05
Date

Signature

JEFFREY K. TECHENTIN
Print Name

ADLER POLLOCK + SHEEHAN
ONE CITIZENS PL., 8TH FL.
Address

PROVIDENCE RI 02903
City State Zip Code

401 ..274.7200
Phone Number

FILED IN OPEN COURT
on 7/25/05