SCANNED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-536S** **July 25, 2005**

**TITLE: SUBSALVE USA V. WATSON MANUFACTURING, ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:31 a.m. - 10:41 a.m.**

---

**COUNSEL PRESENT: Plaintiff - Jeffrey Techentin, Esquire**
**Defendant - John P. Gyorgy, Esqurie**

**RE: Plaintiff's Objection to R&R/ Defendants' Objection to R&R dated 5/5/2005**

**Proceedings:** **All counsel of record present; Arguments heard; Court will take the matter under advisement and write an opinion.**