AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SUBSALVE USA CORPORATION

V.

WATSON MANUFACTURING, INC. and
LYNDEN C. COX

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 04-536S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, WATSON MANUFACTURING, INC. AND LYNDEN C. COX AGAINST PLAINTIFF, SUBSALVE USA CORPORATION PURSUANT TO THIS COURT'S DECISION AND ORDER ENTERED ON SEPTEMBER 29, 2005 GRANTING DEFENDANTS' MOTION TO DISMISS . THIS MATTER SHALL BE TRANSFERRED TO THE NORTHERN DISTRICT OF FLORIDA.**

October 11, 2005
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk