**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SUBSALVE USA CORPORATION,

Plaintiff,

- against -

WATSON MANUFACTURING, INC.,
-and-
LYNDEN C. COX,

Defendants.

**C.A. No. 04-536 S**

**NOTICE OF APPEAL**

Notice is hereby given that Subsalve USA Corporation, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment of the United States District Court for the District of Rhode Island, entered in this action on the 11th day of October, 2005.

Respectfully submitted,

R. Bart Totten (#5095)
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
tel. (401) 274-7200
fax (401) 751-9694

Dated: October 25, 2005

Attorneys for Plaintiff Subsalve USA Corporation

358724-1

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the within Notice of Appeal to be served by first class mail, postage prepaid, to the following on this 25th day of October, 2005:

Thomas R. Noel
John P. Gyorgy
NOEL & GYORGY LLP
50 South Main Street
Providence, Rhode Island 02903
*Attorneys for Defendants*
*Watson Manufacturing, Inc., and*
*Lynden C. Cox*

Kathleen A. Mooney