UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUBSALVE USA CORPORATION,

Plaintiff

v. C.A. No. 04-536S

WATSON MANUFACTURING, INC. and
LYNDEN C. COX,

Defendants

**ORDER**

Due to a clerical error, Judgment was inadvertently entered in this case on October 11, 2005.

Judgment is hereby vacated.

ORDER:

By: ______________
Deputy Clerk

ENTER:

______________
William E. Smith
U.S. District Judge

Date: 11/1/05