**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SUBSALVE USA CORPORATION,

Plaintiff,

- against -

WATSON MANUFACTURING, INC.,
-and-
LYNDEN C. COX,

Defendants.

**C.A. No. 04-536 S**

**MOTION FOR LEAVE TO FILE AMENDED NOTICE OF APPEAL**

Subsalve USA Corporation ("Subsalve") hereby moves for leave to file an Amended Notice of Appeal, in the form attached hereto as **Exhibit A**. The grounds for this motion are as follows:

1. This Court, by a decision and order dated September 29, 2005, granted the motion to dismiss for lack of personal jurisdiction of each of the defendants;

2. This Court entered judgment in favor of the defendants and against Subsalve on October 11, 2005;

3. Subsalve timely appealed the judgment, above, by Notice of Appeal filed in this Court on October 26, 2005;

4. This Court issued an order vacating the judgment on November 2, 2005;

5. Because the order vacating the judgment post-dates the Notice of Appeal filed on October 26, 2005, the Court of Appeals lacks jurisdiction over that order; and

6. Subsalve intends to appeal the order vacating the judgment and cannot do so unless it is permitted to amend is prior Notice of Appeal.

Respectfully submitted,

R. Bart Totten (#5095)
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
tel. (401) 274-7200
fax (401) 751-9694

Dated: December 1, 2005

Attorneys for Plaintiff Subsalve USA Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the within Motion for Leave to File Amended Notice of Appeal to be served by first class mail, postage prepaid, to the following on this 1st day of Dec., 2005:

Thomas R. Noel
John P. Gyorgy
NOEL & GYORGY LLP
50 South Main Street
Providence, Rhode Island 02903
*Attorneys for Defendants*
*Watson Manufacturing, Inc., and*
*Lynden C. Cox*

-and-

The Honorable Neil L. Lynch
Settlement Counsel
United States Courts for the First Circuit
Office of the Settlement Counsel
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 3440
Boston, Massachusetts 02210

[signature]