**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SUBSALVE USA CORPORATION,<br>Plaintiff | : | |
| v. | : | CA No. 04-536 S |
| WATSON MANUFACTURING, INC.<br>and LYNDEN COX,<br>Defendants | : | |

OBJECTION TO MOTION FOR LEAVE TO FILE AMENDED NOTICE OF APPEAL

Defendants Watson Manufacturing, Inc. and Lynden Cox object to the Motion by Subsalve USA Corporation to file an amended Notice of Appeal on the following grounds:

1. Pursuant to this Court's September 29, 2005 Decision and Order, this case was transferred to the Northern District of Florida where it was docketed on October 6, 2005 and remains pending (*Subsalve USA Corporation v. Watson Manufacturing, Inc., et al.*, No. 4:05-cv-00369-SPM-AK).

2. Despite the transfer, on October 26, 2005 Subsalve filed a Notice of Appeal from the form of judgment mistakenly entered on the docket by the Clerk on October 11, 2005. That form of judgment was not sent to the parties, but did appear on PACER.

3. Subsalve's appeal was docketed in the First Circuit on November 2, 2005. Because this Court had corrected the mistaken entry of judgment *sua sponte* by Order dated November 1, 2005, Watson has filed a Motion to Dismiss Subsalve's appeal. Rule 60(a) permits the correction of such errors without leave of the Court of Appeals at any time prior to the docketing of the appeal. Watson's Motion to Dismiss the appeal remains pending.

4. As Subsalve has argued to the Court of Appeals, during the pendency of the appeal this Court has no jurisdiction to rule on Subsalve's Motion. By filing the Motion with this Court without requesting a remand, Subsalve ignores and asks that this Court disregard one of the central premises of its legal argument to the Court of Appeals.

5. Allowing Subsalve to file the proposed amended Notice of Appeal would further muddle the procedural sideshow created by Subsalve's initial Notice of Appeal, and further delay resolution of this litigation by the transferee district. It would do so to no purpose, since what Subsalve proposes to add – an appeal from this Court's November 1, 2005 Order vacating the erroneous docket entry – is not appealable under section 1291 or otherwise.

For these reasons Watson Manufacturing and Lynden Cox request that the Court deny Subsalve's Motion for leave to file an amended Notice of Appeal.

Respectfully submitted,

Watson Manufacturing, Inc. and
Lynden Cox

John P. Gyorgy No. 1548
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com

## CERTIFICATION

I certify that on December 9, 2005, I sent a copy of this document to Jeffrey Techentin, Esq., Adler Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence RI 02903, by first class mail, postage prepaid.

Ellen M. Brunelle