UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUBSALVE USA CORPORATION,
Plaintiff,

v. C.A. No. 04-536 S

WATSON MANUFACTURING, INC.,
and LYNDEN C. COX,
Defendants.

**ORDER**

Before this Court is Plaintiff's "Motion for Leave to File an Amended Notice of Appeal." Plaintiff claims that it cannot appeal this Court's November 1, 2005 Order unless permitted to amend its Notice of Appeal. Defendants object, maintaining that this Court lacks jurisdiction because this matter is pending in the Northern District of Florida and has been docketed in the First Circuit Court of Appeals.

This matter is no longer pending in the District of Rhode Island, so there is no jurisdiction to consider Plaintiff's

Motion. Accordingly, the "Motion for Leave to File an Amended Notice of Appeal" is DENIED.

ENTER:

Deputy Clerk

It is so ordered.

William E. Smith
United States District Judge

Date: 1/12/06