MANDATE

04-00536
USDC/RI
Smith

# United States Court of Appeals
## For the First Circuit

---

No. 05-2645

SUBSALVE USA CORPORATION,

Plaintiff, Appellant,

v.

WATSON MANUFACTURING, INC. AND LYNDEN C. COX,

Defendants, Appellees.

---

**JUDGMENT**

Entered: September 7, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's September 29, 2005, order effected a transfer of the action under 28 U.S.C. § 1631 and, therefore, the substance of the order is not immediately reviewable. Accordingly, the remainder of Subsalve USA Corporation's appeal is dismissed, without prejudice, for want of appellate jurisdiction.

Costs are taxed in favor of the appellees Watson Manufacturing, Inc. and Lynden C. Cox in the amount of $105.45.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/29/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Techentin, Mr. Totten, Mr. Gyorgy & Mr. Noel.]